152 A.3d 753

**BAILEY, William M.**

v.

**STATE of Maryland**

**Case No. 51, Sept. Term, 2016**

Court of Appeals of Maryland.

January 20, 2017

Dismissal of Appeal

Case dismissed prior to oral arguments.

■

152 A.3d 753

**CASTRUCCIO**

v.

**ESTATE OF CASTRUCCIO**

**Pet. Docket No. 420, Sept. Term, 2016**

Court of Appeals of Maryland.

January 9, 2017

Petition for writ of certiorari granted